

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

March 9, 2017

**BY HAND**

The Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States* v. *Khalil Khalil, et. al*, 17 Mag. 1662

Dear Judge Davison:

    The Government respectfully requests that the complaint and arrest warrants in the above-referenced case be unsealed.

                                Respectfully submitted,

                                PREET BHARARA
                              United States Attorney

                   By:   /s/ Celia V. Cohen
                          Celia V. Cohen
                          Assistant United States Attorney
                          (914) 993-1953

APPLICATION GRANTED

Hon. Paul E. Davison, U.S.M.J.

3-9-17